UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DOMINIQUE BROOKS aka
DOMINIQUE REIGHARD,**

      **Plaintiff,**                          Case No. 2:14-cv-976
                                          JUDGE GREGORY L. FROST
      v.                                     Magistrate Judge Terence P. Kemp

**SANOFI-AVENTIS U.S., LLC, et al.,**

      **Defendants.**

## ORDER

      This matter is before the Court for consideration of Defendants' motion to stay discovery (ECF No. 36), Plaintiff's memorandum in opposition (ECF No. 39), Defendants' reply memorandum (ECF No. 40), and Plaintiff's amended memorandum in opposition (ECF No. 42). Defendants ask the Court to stay all discovery until the Court issues a decision on Defendants' pending motion for summary judgment. Plaintiff opposes such a stay, arguing that discovery is needed to respond to the motion for summary judgment. Defendants counter that "Plaintiff has certainly had every opportunity to conduct sufficient discovery to respond to Defendants' dispositive motion." (ECF No. 40, at Page ID # 563.) The briefing paints two notably different pictures of how discovery has proceeded to date. Regardless of which depiction is correct, the Court finds insufficient cause for staying discovery during the pendency of the summary judgment motion. This Court therefore **DENIES** the motion to stay discovery. (ECF No. 36.)

      **IT IS SO ORDERED.**

                                                         /s/ Gregory L. Frost
                                                  GREGORY L. FROST
                                                  UNITED STATES DISTRICT JUDGE